EL PUEBLO, DEMANDANTE Y APELADO, *v.* LUNA, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Humacao en causa por infracción del artículo 162 del Código Penal.

No. 971.—Resuelto en abril 28, 1916.

Resuelto por los fundamentos de la opinión emitida en el caso No. 969 de *El Pueblo* v. *Almodóvar,* pág. 756.

Abogado del apelante: *Sr. Arturo Aponte, Jr.,*
Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro, Aldrey y Hutchison.